IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PELEUS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>OAKLAND & COMPANY, INC., COPPER RIDGE WEST, INC., GARY OAKLAND, and MID-CONTINENT INSURANCE,<br><br>Defendants. | CV 21-110-BLG-SPW-TJC<br><br>ORDER |

Upon the Plaintiff's Notice of Dismissal with Prejudice, (Doc. 4), and for good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 6th day of July, 2022.

/s/ Susan P. Watters
SUSAN P. WATTERS
U. S. DISTRICT JUDGE